IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ALEJANDRO CALLEGARI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLENDTEC, INC.,<br><br>Defendant. | JUDGMENT IN A CIVIL CASE<br><br><br>Case No. 2:18-cv-308-DB<br><br>District Judge Dee Benson |

It is hereby ORDERED and ADJUDGED that Defendant's Motion to Dismiss is GRANTED and this action is DISMISSED.

DATED this 6th day of November, 2018.

BY THE COURT:

_Dee Benson_
Dee Benson
United States District Judge